NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JUDY DOLLAR HULCHER,                    )
DOC # H47964,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D19-183
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Robert L. Sirianni, Jr., of Brownstone, P.A.,
Winter Park, for Appellant.


PER CURIAM.


            Affirmed.


SILBERMAN, LaROSE, and MORRIS, JJ., Concur.